```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HECTOR OCASIO,

                    Plaintiff,
                                                                    JUDGMENT
                                                                    17-CV-07193 (AMD)
                    -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------ X
```

A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on August 22, 2019, denying the Commissioner's motion for judgment on the pleadings; and remanding this case for further proceedings consistent with this opinion; it is

ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; and that this case is remanded for further proceedings consistent with this opinion.

Dated: Brooklyn, NY                                    Douglas C. Palmer
      August 26, 2019                              Clerk of Court

                                            By:    /s/*Jalitza Poveda*
                                                   Deputy Clerk